UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| D'ANDRE WHITLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-cv-1589-RWS ) |
| DEVON M. GOFORTH, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This prisoner civil rights case is before the Court on review of the file. Self-represented Plaintiff D'Andre Whitley has neither paid the filing fee nor submitted an application to proceed in district court without prepayment of fees and costs ("application"). The Court will order Plaintiff to either pay the $405 filing fee or file the application within 21 days of the date of this Order. If Plaintiff files the application, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall either pay the $405 filing fee or submit an application to proceed in district court without prepayment of fees and costs within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff files an application to proceed in district court without prepayment of fees and costs, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail Plaintiff a copy of the Court's form application to proceed in district court without prepayment of fees and costs.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 29th day of October, 2025.

                                                        RODNEY W. SIPPEL  
                                                       UNITED STATES DISTRICT JUDGE